UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 18-MJ-79 |
| | ) | |
| v. | ) | **(UNDER SEAL)** |
| | ) | |
| MASOUD KHAN, | ) | (False Statements Involving International |
| | ) | Terrorism) |
| Defendant. | ) | 18 U.S.C. §1001(a)(2) |

## CRIMINAL INFORMATION

### COUNT ONE-False Statements Involving International Terrorism

The United States Attorney charges that:

1.  Masoud Sayed Khan ("Khan") is a U.S. person living in the state of Virginia.

2.  The Islamic State of Iraq and al-Sham ("ISIS") and its predecessors and aliases, has been designated by the U.S. Secretary of State as a Foreign Terrorist Organization ("FTO") and a Specially Designated Global Terrorist entity ("SDGT") entity since at least May 15, 2014.

2.  SUSPECT 1 ("S-1") is not a U.S. person and presently resides in Jamaica. S-1 was convicted in British court for soliciting murder related to his encouragement of Muslims to fight and kill "kuffars" (non-believers): Americans, Jews, Christians, Hindus, and other non-Muslims. After his conviction, imprisonment, and release, S-1 continued to encourage violence and terrorist acts in speeches posted on the Internet. S-1 has also recorded numerous statements inciting violence and supporting ISIS, its leader al-Baghdadi, al-Qaeda, and Osama bin-Laden. S-1 operated an internet website that contained recorded lectures of S-1 proselytizing on behalf of, and in support of, ISIS. On April 18, 2017, a grand jury in the State of New York, County of New York, charged S-1 with Conspiracy in the Fourth Degree as a Crime of Terrorism, Soliciting or Providing Support for an Act of Terrorism in the First Degree as a Crime of Terrorism, Soliciting

or Providing Support for an Act of Terrorism in the First Degree, Attempted Soliciting or Providing Support for an Act of Terrorism in the First Degree as a Crime of Terrorism, and Attempted Soliciting or Providing Support for an Act of Terrorism in the First Degree as a Crime of Terrorism. On or about December 5, 2017, the United States Office of Foreign Assets Control ("OFAC") designated S-1 as a SDGT pursuant to Executive Order 13224 for assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, ISIS.

3. Between July 19, 2017 and August 10, 2017, in the District of Columbia and elsewhere, Khan did knowingly and willfully make numerous false statements to agents of the Federal Bureau of Investigation and the U.S. Secret Service, related to his communication with S-1, his financing of S-1, and his discussions with S-1 about ISIS, jihad, wanting to become a shaheed (martyr), and traveling abroad to fight against the enemies of Islam. These false statements involved international terrorism, as they related to the activities of an SDGT, ISIS; S-1's support and encouragement of that SDGT; and S-1's communications with the defendant about that SDGT.

(**False Statements Involving International Terrorism**, in violation of Title 18, United States Code, Section 1001(a)(2))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 415793


\_\_\_\_\_/S/_____
Tejpal S. Chawla
D.C. Bar No. 464012
Karen Seifert
N.Y. Bar No. 4742342

Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-848
Washington, D.C. 20530
(202) 252-7280 (Chawla)
(202) 252-7527 (Seifert)
Tejpal.chawla@usdoj.gov
Karen.seifert@usdoj.gov
