UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 19-07 (TSC) |
| ) | |
| ) | |
| ) | |
| ) | |
| MASOUD KHAN ) | |

**FILED**
FEB 01 2019
Clerk, U.S. District and
Bankruptcy Courts

WAIVER OF INDICTMENT

I, MASOUD KHAN, above-name defendant, who is accused of

**False Statements Involving International Terrorism.**

**18:1001(a)(2)**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on   February 1, 2019   prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: 2/1/2019
Judge Tanya S. Chutkan