CO-526
(12/86)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SEALED**

UNITED STATES OF AMERICA  )
)
vs.  )  Criminal Case No.  19-07 (TSC)
)
)
)
MASOUD KHAN  )

**FILED**
FEB 01 2019
Clerk, U.S. District and
Bankruptcy Courts

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:
_____
Assistant United States Attorney

Approved:
_____  Date: 2/1/2019
Judge Tanya S. Chutkan