**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| ) | **CASE NO. 19-cr-07-TSC-1** |
| **vs.** ) | |
| ) | **UNDER SEAL** |
| **MASOUD KHAN,** ) | |
| **Defendant.** ) | |

**NOTICE OF FILING**

David Benowitz and Matt Wilson, undersigned counsel for defendant Masoud Khan, as directed by the Court, hereby submit this explanation and sincere apology to the Court for counsels' failure to appear for the scheduled status hearing, held in this matter on May 2, 2019. Mr. Benowitz was in trial in another matter before another judge in this courthouse from April 8, 2019 through April 27, 2019. While the trial ended on April 27, 2019, it had been expected to run through all of April and potentially into May. When Mr. Benowitz assigned the above matter to Mr. Wilson due to this conflict, Mr. Wilson was aware that a status hearing was to be held but did not realize the matter was to be held on May 2, 2019, and the matter was not placed on the firm's master calendar.

At the time the Court's clerk contacted our office on May 2, 2019 to inquire as to counsels' whereabouts, Mr. Wilson was in the middle of a trial in D.C. Superior Court and unavailable. Mr. Benowitz was at the D.C. Jail and could not be reached. Accordingly, Mr. Sukumar, who was available, immediately came before the Court to stand in.

Counsel deeply regret the scheduling error and sincerely apologize to the Court.

Respectfully submitted,

_____/s/_____
David Benowitz
Bar No. 451557

_____/s_____
Matt Wilson
DC Bar, 155875
*Counsel for Masoud Khan*
Price Benowitz LLP
409 Seventh Street, NW, Suite 200
Washington, D.C. 20004
(202) 417-6000
David@PriceBenowitz.com
Matt@PriceBenowitz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2019, I caused a true and correct copy of the foregoing Notice of Filing to be sent via email to:

Tejpal Chawla
*Assistant United States Attorney*
United States Attorney's Office
555 Fourth Street, NW
Washington, DC  20530
Tejpal.Chawla@usdoj.gov

_____/s/_____
David Benowitz