**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | **CASE NO.  19-cr-07-TSC-1** |
| **vs.** | ) | |
| | ) | **UNDER SEAL** |
| **MASOUD KHAN,** | ) | |
| **Defendant.** | ) | |

## SUPPLEMENT TO DEFENDANT MASOUD KHAN'S MEMORANDUM IN AID OF SENTENCING

Defendant Masoud Khan, by and through undersigned counsel, hereby files the attached additional Exhibit in further support of his Memorandum in Aid of Sentencing, which was filed with this Court on August 8, 2019.

Mr. Khan respectfully requests the Court take the following item into consideration in its review of Mr. Khan's case and in imposing sentence:

Exhibit G – Letters of Support from:

1. Khadija Khan
2. Fatema Khan
3. Hasina Khan

Respectfully submitted,

David Benowitz
Bar # 451557
*Counsel for Masoud Khan*
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC  20004
(202) 271-5249
david@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2019, a true copy of the foregoing

Supplement to Defendant's Memorandum in Aid of Sentencing was served via email upon

Assistant United States Attorneys Tejpal Chawla and Karen Seifert, United States Attorney's

Office, 555 Fourth Street, NW, Washington, DC 20530.

David Benowitz