# EXHIBIT G

August 8, 2019

The Honorable Tanya Chutkan
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Chutkan,

To say that my brother Masoud is one of the most kind, selfless, smart, and loving people I've ever had the privilege of knowing is truly an understatement. For as long as I can remember, he has been the backbone of our family - constantly willing and able to support my parents, siblings, and his wife and children through any challenges in life with his charm, tenderness, and warm spirit. There is no ask too small and no favor too big for him; helping others in any capacity has always been at the forefront of anything he sets out to do. He's the kind of man who lights up a room with his gentle smile; a smile we all miss him deeply and think about him every single day.

I'm eager to see him at home and know that he's protected, happy, and safe with his loved ones. I'm most excited to make up for lost time by spending quality time with him doing some our favorite things - taking my nieces and nephew to have fun outdoors, spend a whole day watching our favorite movies together, or simply talking about how our days were.
I'm hopeful that once he's home, he will stay busy and focused and really understand how much his absence had an impact on our family.

Masoud has never been the type to oppress anyone in any way. Masoud has always respected my freedom; I chose not to wear the hijab and he fully accepted and supported my decision and continues to encourage me to be outgoing, pursue my career, travel, and experience life to the fullest. He likes to remind all of our family members that they too have the freedom to express themselves and to be who they want to be without any judgment or bias.

It is the most important thing in our lives for Masoud to return home. We will make every effort to help re-acclimate him to his duties as a father, brother, and son. It will be difficult to make up for all the time lost without him, but I know that he too will go to great lengths to make us feel like he never left. I will personally do everything that I can to hold Masoud accountable for all his actions after he returns home; I will follow-up with him to ensure he is studying diligently for school, carefully watching after his children, supporting his loving wife, and being present with our family as much as possible.

My hope is that this letter sheds light on who my brother is to me and our family; he is everything to us and we need him now more than ever before. Please consider the depictions of Masoud listed in this letter to be sincere and true.

Thank you,

/s/

Khadija Khan

August 8, 2019

The Honorable Tanya Chutkan
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Chutkan,

As Masoud's older sister and the eldest sibling of my family, I take great pride in Masoud, Khadija (Zeba) and Mohammed (Mustafa) and all that they have accomplished in their lives; Masoud has always stood out to me as the brother I can count on for anything. I may be his older sister, but his care, compassion, and commitment to his family knows no bounds. He loves us all deeply and his void in our lives cannot be filled. He has a firm devotion to improving character and always strives to be the best version of himself. Throughout our childhood, he was known for observing and absorbing the best traits of each family member. He has my father's hardworking grit and my mother's nurturing personality. He's most like my dad in ways that are evident day-to-day; he's always been our go-to when we have car troubles, when we need help writing long, complex papers for school, and our absolute savior when it comes to all things technology.

Masoud is one of the most caring people I've had the privilege to watch grow up and mature into the man he is today. He would pay regular visits to his grandmother and aunts and spent quality time with each immediate member of our family to show them just how much he loved them. He listened intently to my grandmother (who was recently diagnosed with Alzheimer's) repeat stories over and over again; his patience never wore thin. We all admired his ability to connect on a deeply personal and genuine level and engage in intellectual conversations. He loved getting to witness and experience all of us growing together as a family and becoming better each day simply by being open and honest and loving towards one another.

Before he was abruptly removed from our lives over a year ago, we witnessed Masoud taking great strides to invest time in school and exceling at academia. His goal was to return to school and he was determined to get his bachelor's degree in Applied Information Technology, especially after taking an extended break from school to help provide for the family. This in itself was a true testament to his dedication to our family unit. Despite being diagnosed with depression and anxiety, he never let these become obstacles or impediments in his life. He did his very best to continue working hard, no matter what kind of work he was doing at the time.

I write this letter to help reinforce my family's eagerness and hopefulness to see Masoud again very soon. We grow more and more anxious each day to see him, hold him, and help him through the rest of his life in any way possible as soon as he is home safe with us.

Sincerely,

/s/

Fatema Khan

August 8, 2019

The Honorable Tanya Chutkan
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Chutkan,

There hasn't been a single day where our son, Yunus, has not asked about "dada" (Masoud). With a heavy heart, I have to explain to him that his father will be home "soon" so that they can play outside, or visit Chuck E. Cheese, or simply go on a walk around the neighborhood. I see hope in Yunus' eyes, though. He believes that "dada" will be back so that he doesn't have to soothe himself to bed each night smelling Masoud's shirt (his father's scent still lingers on his clothes and help him fall asleep when he keeps them close). Our daughter Mariam is 8 months old now and unfortunately, hasn't felt Masoud's warm, loving embrace, but I know that as soon as she does, they will have a bond and love that is unbreakable. I know Masoud will be the best father to our little girl; she will know the meaning of what it means for a man to be a selfless hero and shining light in our lives.

Masoud is my best friend, soulmate, and my anchor in this life. He keeps me grounded and helps me remember all the good out there in this world. Although I may be separated by thousands of miles from my immediate family, I have everything I will ever need with Masoud by my side. It has been exceptionally difficult for me to tend to Mariam and Yunus without the support of my husband. They are both at a time in their lives where a father figure is essential to their development – they need Masoud to be here with us to show them unconditional love and compassion.

I feel as though I am at a complete and utter loss without my husband's kind words of constant encouragement, his beaming smile to lift me up at the end of a long day, and his ability to help me see how much there is to be grateful for. We have a strong and loving relationship with a foundation we built on honesty, respect, trust, and happiness over the last 6 amazing years together. I could not ask for a more perfect man than Masoud to be my life partner. I miss him from the deepest parts of my heart and soul and think about his return home to our life every day.

I am respectfully requesting that Masoud's case end as soon as possible with as little to no damage done to his reputation. My husband is a man of great honor and I cannot bear the thought of going on with my life another day knowing that he is spending his time away from our family and beautiful children.

Very Respectfully,

/s/

Hasina Khan