## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | **Case No.  19-CR-007 (TSC)** |
| **v.** | |
| **MASOUD KHAN,** | |
| **Defendant.** | **Filed Under Seal** |

## JOINT MOTION TO UNSEAL

The United States of America, moving by and through its undersigned counsel, and the Defendant, respectfully moves the Court to unseal the case and the docket with the exception of the following docket entries: 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 18, 22, 24, 26, 27, 28, and the Government's Supplemental Sentencing Memorandum which was filed on or about August 8, 2019.   In support of this motion, the government states:

1.       The Court agreed to seal a number of matters in this case at the request of both parties based on a compelling interest in protecting an ongoing investigation and the defendant's cooperation.  The government believes it no longer has a compelling need to protect the ongoing investigation, but there remains a compelling need to avoid detailing the defendant's cooperation while he remains incarcerated.

2.       At the last status hearing, the Court asked the parties to review the docket to identify The parties have met and discussed this Motion and have agreed that docket entries 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 18, 22, 24, 26, 27, 28, and the Government's Supplemental Sentencing Memorandum should remain sealed.  The parties also agree the case generally, and the sentencing hearing, can be open to the public.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 415793


By: _____/s/_____
Tejpal S. Chawla
D.C. Bar. No. 464-012
Karen Seifert
N.Y. Bar No. 4742342
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
202-252-7527 (Seifert)
Tejpal.Chawla@usdoj.gov
Karen.Seifert@usdoj.gov


_____/s/_____
David Benowitz
Matthew Wilson
Counsel for Masoud Khan
409 7th St, NW #200
Washington DC 20004
Office: 202.417.6000
Direct: 202.271.5249
Fax: 202.664.1331
david@pricebenowitz.com